

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| HAROLD A. RUMZEK, | § | No. 08-15-00067-CV |
| Appellant, | § | Appeal from the |
| v. | § | 352nd District Court |
| BRYAN D. LUCCHESI, | § | of Tarrant County, Texas |
| Appellee. | § | (TC# No. 352-265227-13) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant all costs, both in this Court and the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 15TH DAY OF NOVEMBER, 2017.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.
Hughes, J., not participating